DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOSSEF JACKSON,**
Appellant,

v.

**MICHAL JACKSON MEHLER,**
Appellee.

No. 4D2025-1674

[June 4, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502025DR000734XXXANB.

Richard James Boyle of the Boyle Law Firm, Wellington, for appellant.

Lydia Ailes Worden and Stephanie Newell of the Beaulieu-Fawcett | Newell Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***